UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORRAINE HOLMES,

       Plaintiff,                          Case No. 2:16-cv-10610
                                            Judge Denise Page Hood
v.                                              Magistrate Judge Anthony P. Patti

CITY OF ROMULUS and
DAVID BROOKS,

       Defendants.
_____/

## ORDER GRANTING AS UNOPPOSED
## DEFENDANTS' MOTION FOR PROTECTIVE ORDER (DE 40) and
## CANCELLING HEARING NOTICED FOR AUGUST 22, 2017 (DE 42)

The facts underlying Plaintiff's first amended complaint stem from the alleged events of February 2013. (DE 7 ¶¶ 8-53.) Currently before the Court is Defendants City of Romulus and David Brooks's July 18, 2017 motion for protective order. (DE 40). Chief Judge Hood referred this motion to me on July 21, 2017, and a hearing was noticed for August 22, 2017. (DEs 41, 42.)

"A respondent opposing a motion must file a response, including a brief and supporting documents then available." E.D. Mich. LR 7.1(c)(1). "A response to a nondispositive motion must be filed within 14 days after service of the motion." E.D. Mich. LR 7.1(e)(2)(B). Thus, in the absence of a scheduling order stating otherwise, Plaintiff's response to Defendants' July 18, 2017 motion would have

been due on or about Friday, August 4, 2017.  *See* Fed. R. Civ. P. 6(a), 6(d).  To date, Plaintiff has not filed a response.

Accordingly, Plaintiff's motion for protective order (DE 40) is **GRANTED AS UNOPPOSED**.  Specifically, Defendants and Defendants' current and former employees and/or agents need not produce:

(1) documents, information and testimony pertaining to incidents and/or personnel matters involving Defendant Brooks that occurred <u>after</u> February 19, 2013 that are not related to Plaintiff or to Brooks' encounter with Plaintiff on that date,

(2) personnel file and non-relevant and/or privileged personnel information regarding Defendant Brooks,

(3) personnel files and non-relevant and/or privileged personnel information regarding non-party employees of Defendant City of Romulus, and

(4) LEIN information contained within Defendant City of Romulus police files.

In addition, the hearing noticed for August 22, 2017 (DE 42) is **CANCELLED**.

**IT IS SO ORDERED.**

Dated: August 21, 2017         s/Anthony P. Patti
                               Anthony P. Patti
                               UNITED STATES MAGISTRATE JUDGE

## **Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on August 21, 2017, electronically and/or by U.S. Mail.

s/Michael Williams  
Case Manager for the  
Honorable Anthony P. Patti